Bregina L. Shaffer
Lloyd L. Shaffer

Change of address
7280 Rader Rd NE. Pleasantville, Ohio 43148

NEW ↑

*[signature]*
6/21/16

US BANKRUPTCY COURT
JUN 21 2016
RECEIVED